**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BARRY, JAY<br><br>　　　　　　　　　Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-06969 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

　　　NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.　　DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 04/18/07. The Trustee was appointed on 04/18/07. An order for relief under Chapter 7 was entered on 04/18/07.

2.　　The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.　　The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.　　A summary of the Trustee's Final Report as of 4/11/08 is as follows:

　　　　a.  RECEIPTS (See Exhibit C)　　　　　　　　　　　　　$　　　　17,500.68

    b. DISBURSEMENTS (See Exhibit C)            $      0.00

    c. NET CASH available for distribution         $      17,500.68

    d. TRUSTEE/PROFESSIONAL COSTS
       1. Trustee compensation requested (See Exhibit E)    $      2,500.07
       2. Trustee Expenses (See Exhibit E)           $      364.00
       3. Compensation requested by attorney or other
          professionals for trustee (See Exhibit F)       $      3,755.02

5.     The Bar Date for filing unsecured claims expired on 01/04/08.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.  The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims            $      0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims    $      6,869.09

    c. Allowed Chapter 11 Administrative Claims      $      0.00

    d. Allowed priority claims              $      0.00

    e. Allowed unsecured claims             $      23,505.35

7.     Trustee proposes that unsecured creditors receive a distribution of 45.23% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $3,755.02.  The total of Chapter 7 professional fees and expenses requested for final allowance is $6,619.09. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $1,575.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: 4/11/08                             RESPECTFULLY SUBMITTED,


                                          By:/s/David Grochocinski
                                               DAVID GROCHOCINSKI, TRUSTEE
                                               1900 RAVINIA PLACE
                                               ORLAND PARK, IL  60462
                                               Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Barry, Jay

April 04, 2008

       Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/2/2006 | DEG | Receipt and review of letter from Toolis regarding Barry's records; will be retrieving from storage | 0.80<br>375.00/hr | 300.00 |
| 7/24/2006 | DEG | Letter to attorney regarding 727 extension order | 0.20<br>350.00/hr | 70.00 |
| 5/30/2007 | DEG | Receipt and review of divorce decree | 0.50<br>375.00/hr | 187.50 |
| 6/25/2007 | DEG | Conduct 341 meeting | 1.50<br>350.00/hr | 525.00 |
| 6/28/2007 | DEG | Letter to Joel Schaps regarding possible avoidance of marital residence to Mrs. Barry; need to discuss | 0.20<br>375.00/hr | 75.00 |
| 7/3/2007 | DEG | Receipt and review of letter from Joel Schaps regarding divorce of Barry; will set up meeting with him in near future to discuss and resolve matter | 0.20<br>375.00/hr | 75.00 |
| 7/6/2007 | DEG | Receipt and review of extensions and for Jay Barry & Turnstone Builders inc. from CPA | 0.80<br>375.00/hr | 300.00 |
| 10/3/2007 | DEG | Meeting with attorney for Mrs. Barry regarding avoidance liens; discussion of same; suggest settlement of $20,000 to estate and waiver of claims by Mrs. | 1.20<br>350.00/hr | 420.00 |
| 10/4/2007 | DEG | Review file and file intial asset report with clerk | 0.20<br>350.00/hr | 70.00 |
| 11/14/2007 | DEG | Email to Toolis regarding status of case | 0.10<br>375.00/hr | 37.50 |
| 11/15/2007 | DEG | Telephone conference with Toollis regarding settlement | 0.50<br>375.00/hr | 187.50 |
| 12/10/2007 | DEG | Prepared letter to Tom Lynch regarding need to litigate issue to settle | 0.50<br>375.00/hr | 187.50 |
| 12/29/2007 | DEG | Receipt and review of proof of claim on behal of Karen Barry | 0.80<br>375.00/hr | 300.00 |



Barry, Jay                                                                                          Page    2

|            |     |                                                                                   | Hrs/Rate    | Amount    |
|------------|-----|-----------------------------------------------------------------------------------|-------------|-----------|
| 2/5/2008   | DEG | Meeting with attorney for Mrs. Barry regarding settlement                         | 0.50<br>375.00/hr | 187.50 |
| 2/18/2008  | DEG | Telephone conference with Schapps; deal at $17,500 ok; Lynch to confirm; they give up claims and keep house | 0.50<br>375.00/hr | 187.50 |
|            |     | For professional services rendered                                                | 8.50        | $3,110.00 |

## TRUSTEE COSTS

1) **Eunice Sachs – Court Reporter**     **$364.00**

**TOTAL COSTS**     **$364.00**

# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 17,500.68 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 1,900.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 10,900.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07B-06969 JS  
**Case Name:** BARRY, JAY  
**Period Ending:** 04/11/08  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 04/18/07 (f)  
**§341(a) Meeting Date:** 05/22/07  
**Claims Bar Date:** 01/04/08  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12307 S. 80TH AVENUE, PALOS PARK, IL 60464 | 450,000.00 | Unknown | | 0.00 | FA |
| 2 | CHECKING ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 4 | BOOKS, ETC. | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | MISC CLOTHING | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2000 CHEVY EXPRESS | 5,500.00 | 0.00 | | 0.00 | FA |
| 7 | 2004 FORD EXPEDITION | 12,325.00 | 0.00 | | 0.00 | FA |
| 8 | FRAUDULENT TRANSFER (u) | 125,000.00 | 125,000.00 | | 17,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.68 | Unknown |
| 9 | **Assets** **Totals** (Excluding unknown values) | **$600,125.00** | **$125,000.00** | | **$17,500.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

FILED ADVERSARY TO SET ASIDE PREFERENCE TRANSFERS, 08A 00029; INITIAL STATUS 2/08

Printed: 04/11/2008 09:46 AM    V.10.03

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 07B-06969 JS | **Trustee:** | (520067) | DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** | BARRY, JAY | **Filed (f) or Converted (c):** | 04/18/07 (f) | |
| | | **§341(a) Meeting Date:** | 05/22/07 | |
| **Period Ending:** | 04/11/08 | **Claims Bar Date:** | 01/04/08 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 30, 2008          **Current Projected Date Of Final Report (TFR):** June 30, 2009

Printed: 04/11/2008 09:46 AM     V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07B-06969 JS  
**Case Name:** BARRY, JAY  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****04-65 - Money Market Account  

**Taxpayer ID #:** 13-7593459  
**Period Ending:** 04/11/08  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/08 | {8} | KAREN BARRY | SETTLEMENT OF ADVERSARY 08A 29 | 1241-000 | 17,500.00 | | 17,500.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.68 | | 17,500.68 |
| | | | **ACCOUNT TOTALS** | | 17,500.68 | 0.00 | **$17,500.68** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 17,500.68 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,500.68** | **$0.00** | |

{} Asset reference(s)

Printed: 04/11/2008 09:46 AM  V.10.03

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07B-06969 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | BARRY, JAY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-66 - Checking Account |
| Taxpayer ID #: | 13-7593459 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/11/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
Net Receipts :         17,500.68
                    _____
Net Estate :           $17,500.68
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****04-65** | 17,500.68 | 0.00 | 17,500.68 |
| **Checking # ***-*****04-66** | 0.00 | 0.00 | 0.00 |
| | $17,500.68 | $0.00 | $17,500.68 |

{} Asset reference(s)                                                                            Printed: 04/11/2008 09:46 AM     V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BARRY, JAY<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-06969 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,869.09 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 10,631.59 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 17,500.68 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 6,869.09 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 2,500.07 | 2,500.07 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 364.00 | 364.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 70.02 | 70.02 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,685.00 | 3,685.00 |
| ADMIN5 | CLERK, U.S. BANKRUPTCY COURT | 250.00 | 250.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 23,505.35 | 45.23% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 20.00 | 9.05 |
| 002 | CHASE BANK USA NA | 10,729.80 | 4,853.14 |
| 003 | AMERICAN EXPRESS BANK FSB | 2,803.99 | 1,268.26 |
| 004 | ABBEY APARTMENT @ FOUR LAKES | 1,313.27 | 594.00 |
| 005 | LVNV FUNDING LLC, ITS SUCCESSORS, ASSIGNEE OF CITIBANK USA | 3,751.22 | 1,696.69 |
| 006 | GE CONSUMER FINANCE | 4,720.71 | 2,135.20 |
| 007 | RECOVERY MGMT SYSTEMS CORP | 166.36 | 75.25 |
| | | TOTAL $ | 10,631.59 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred

by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| Priority | 008 | KAREN BARRY<br>11950 S 92ND AVENUE<br>PALOS PARK, IL  60464- | $  93,626.03 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____      _____
                                                                               DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 70.02 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 3,685.00 | |
| | | | 3,755.02 |
| **Accountant for Trustee** | | | 0.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 3,755.02 | $ 3,755.02 |

1