**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BARRY, JAY<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-06969 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: DuPage County Courthouse
   505 N. County Farm Road, Courtroom 2000
   Wheaton, Illinois 60187

   on: **June 6, 2008**
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       17,500.68

   b. Disbursements                         $            0.00

   c. Net Cash Available for Distribution   $       17,500.68

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,500.07 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $364.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $70.02 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $3,685.00 |
| CLERK, U.S. BANKRUPTCY COURT (US Bankruptcy Court ) | 0.00 | $250.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $23,505.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 45.23%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | $ 20.00 | $ 9.05 |
| 002 | CHASE BANK USA NA | $ 10,729.80 | $ 4,853.14 |
| 003 | AMERICAN EXPRESS BANK FSB | $ 2,803.99 | $ 1,268.26 |
| 004 | ABBEY APARTMENT @ FOUR LAKES | $ 1,313.27 | $ 594.00 |

| | | | |
|---|---|---|---|
| 005 | LVNV FUNDING LLC, ITS SUCCESSORS, ASSIGNEE OF CITIBANK USA | $ 3,751.22 | $ 1,696.69 |
| 006 | GE CONSUMER FINANCE | $ 4,720.71 | $ 2,135.20 |
| 007 | RECOVERY MGMT SYSTEMS CORP | $ 166.36 | $ 75.25 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor and household goods.

Dated: **April 29, 2008**                    For the Court,

                                             **KENNETH S. GARDNER**
                                             Kenneth S. Gardner
                                             Clerk of the U.S. Bankruptcy Court
                                             219 S. Dearborn Street; 7th Floor
                                             Chicago, IL 60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE: <br> BARRY, JAY <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 07B-06969 JS <br><br> JUDGE JOHN SQUIRES |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 2,500.07 |
| 2. | Trustee's expenses | $ | 364.00 |
| | TOTAL | $ | 2,864.07 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 3,685.00 |
| | b. Expenses | $ | 70.02 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

      d. Chapter 11 Expenses        $_____0.00

3.     Other Professionals

                                 TOTAL      $_____3,755.02

      IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200_.

                        ENTERED    _____
                                             JOHN SQUIRES
                                             UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2          Date Rcvd: Apr 29, 2008
Case: 07-06969                 Form ID: pdf002             Total Served: 52


The following entities were served by first class mail on May 01, 2008.
db           +Jay T. Barry,    6230 Trinity Drive,    Lisle, IL 60532-2836
aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Thomas W Toolis,    Jahnke & Toolis, LLC,    9031 West 151st Street,    Suite 203,
               Orland Park, IL 60462-6563
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
11309606    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court:  American Honda Finance,     2170 Point Blvd Ste 100,    Elgin, IL 60123)
11646049     +Abbey Apartment @ Four Lakes,    c/o Edgerton & Edgerton,    125 Wood Street,    P O Box 218,
               West Chicago, iL 60186-0218
11712971      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11704262      American Express Travel Related Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
11309607     +Americas Servicing Co,    7485 New Horizon Way,    Frederick, MD 21703-8388
11309609     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
11309608     +Amex,    P O Box 297871,    Fort Lauderdal, FL 33329-7871
11309610     +Cco Mortgage Corp.,    2812 Emerywood Pkwy,    Richmond, VA 23294-3727
11309611     +Charter One,    228 East Main Stre Suite 300,    Rochester, NY 14604-2196
11309612     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11309614     +Chase Auto,    14800 Frye Road,    Fort Worth, TX 76155-2732
11706948      Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11540215     +Comcast,    1255 W North Ave,    Chicago, IL 60622-1562
11309615     +Contrysde Bk,    6734 Joliet Rd,    Countryside, IL 60525-4577
11309616     +Credit Management,    4200 International Pkwy,    Carrollton, TX 75007-1912
11309617    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Bank,     Fifth Third Center,    Cincinnati, OH 45263)
11309618     +First Nationwide Mtg,    840 Stillwater Rd Bldg B,    West Sacramento, CA 95605-1630
11540213     +Ford Motor Credit,    Commercial Lending Services,    3010 Highland Park, Ste 200,
               Downers Grove,IL 60515-5549
11309619     +G M A C,    Po Box 12699,    Glendale, AZ 85318-2699
11800833     +GE Consumer Finance,    For GE Money Bank,    dba Whitehall,    PO Box 960061,
               Orlando FL 32896-0061
11540212     +GMAC,    P O Box 51014,    Carol Stream, IL 60125-1014
11309620     +Gemb/gap,    Po Box 981400,    El Paso, TX 79998-1400
11309621     +Gemb/tweeter,    Po Box 981439,    El Paso, TX 79998-1439
11309622     +Gemb/whitehall,    Po Box 981439,    El Paso, TX 79998-1439
11309623     +Harris N.a.,    111 W Monroe Llw,    Chicago, IL 60603-4095
11309624     +Hsbc/carsn,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
11309625     +Jc Penney,    Po Box 981402,    El Paso, TX 79998-1402
11309626     +Karen Barry,    11950 South 92nd Ave.,    Palos Park, IL 60464-1114
11309628     +Marshal Flds,    P.o. Box 1628,    Maryland Heigh, MO 63043-0628
11309629     +Marshall Fields,    111 Boulder Industrial D,    Bridgeton, MO 63044-1241
11309630     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
11309631     +Merchants Cr,    223 W Jackson St Suite 900,    Chicago, IL 60606-6993
11309632     +Monogram Bank N America,    Po Box 17054,    Wilmington, DE 19884-0001
11309633     +Nbgl Carsons,    140 Industrial Dri,    Elmhurst, IL 60126-1602
11309634     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11309637     +Ohio Savings Bank,    1801 E 9th St Ste 200,    Cleveland, OH 44114-3103
11309638      Palos Park,    12219 69th Ave,    Palos Hills, IL 60465
11800838     +Recovery Management Systems Corporation,    For GE Money Bank,    dba THE GAP,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11309639     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
11309641     +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
11540211     +South Suburban Council,    1909 Checker Square,    East Hazel Crest, IL 60429-1442
11309642      Southwest Fs,    3535 W 63rd St,    Chicago, IL 60629
11309643      Washington Mutual,    Po Box 1093,    Northridge, CA 91328
11309644     +Wells Fargo Home Mortg,    625 Maryville Centre Dr,    Saint Louis, MO 63141-5834

The following entities were served by electronic transmission on Apr 30, 2008.
11540214     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com
               Commonwealth Edison & Co,,    System Credit/Bankruptcy Dept,    2100 Swift Drive,
               Oake Brook, IL 60523-1559
11800833     +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2008 03:53:57       GE Consumer Finance,
               For GE Money Bank,    dba Whitehall,    PO Box 960061,    Orlando FL 32896-0061
11309620     +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2008 03:53:58       Gemb/gap,   Po Box 981400,
               El Paso, TX 79998-1400
11309625     +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2008 03:54:32       Jc Penney,   Po Box 981402,
               El Paso, TX 79998-1402
11791707      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank USA,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11800838     +E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2008 03:54:29       Recovery Management Systems Corporation,
               For GE Money Bank,    dba THE GAP,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 6
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2              Date Rcvd: Apr 29, 2008
Case: 07-06969               Form ID: pdf002          Total Served: 52

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Grochocinski, Grochocinski and LLyod Ltd
11309613*      +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11309627*      +Karen Barry,   11950 South 92nd Ave.,   Palos Park, IL 60464-1114
11309635*      +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
11309636*      +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
11309640*      +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
                                                                                           TOTALS: 1, * 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2008**          **Signature:** *Joseph Speetjens*